USCA1 Opinion

 

 UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _______________ No. 97-1428 CARLOS D. A. SANTOS, Petitioner, v. IMMIGRATION AND NATURALIZATION SERVICE, Respondent. _____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ _________________________ ORDER OF COURT Entered August 28, 1997 The INS contends that the appropriate court in which to raise a constitutional or jurisdictional challenge to a deportation order is the court of appeals in the context of a petition for judicial review, rather than the district court in the context of a habeas petition. Consequently, the INS has moved for reconsideration of our April 17, 1997 order, which dismissed petitioner's petition for judicial review for lack of jurisdiction, but left open the possibility that petitioner might be able to obtain some review through a habeas petition filed in the district court. The INS's position is foreclosed by our decision in Kolster v. INS, 101 F.3d 785 (1st Cir. 1996). The petition for rehearing is denied. By the Court